IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

2005 OCT 13 A 9: 26

**AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED**
*IN FORMA PAUPERIS*

RODERICK COOPER # 180136
Plaintiff(s)

2:05cv981-T

louis boyd
v. SYLVESTER NETTLES
ARNOLD HOLT
DONAL CAMPBELL
Defendant(s)

I, RODERICK COOPER, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?    Yes ( )   No (*)

    A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. __3/07/92__
    $ 200.00

2. Have you received within the past twelve months any money from any of the following sources?

    A. Business, profession, or form of self-employment?   Yes ( )   No (*)
    B. Rent payments, interest, or dividends?   Yes ( )   No (*)
    C. Pensions, annuities, or life insurance payments?   Yes ( )   No (*)
    D. Gifts or inheritances?   Yes ( )   No ( )
    E. Any other sources?   Yes ( )   No ( )

    If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. _____

3. Docket No. _____

4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT __LIMESTONE CORRECTIOMNAL FACILITY 28779 NICK DAVIS ROAD HARVEST,ALABAMA 36089__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __BULLOCK COUN-TY CORRECTIONAL FACILITY P.O.BOX 5107 USA,36089__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | LOUIS BOYD P.O. BOX 5107 UNION SPRINGS,ALA.36089 | |
| 2. | ~~SYLVESTER NETTLES P.O. BOX 5107 UNION SPRINGS,AL. 36089~~ | |
| 3. | ARNOLD HOLT P.O. BOX 5107 UNION SPRINGS,AL.36089 | |
| 4. | DONAL CAMPBELL 1400 Lloyd Street Montgomery,Al.36107 | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  AUGUST ,18,2004

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:   DISCRIMINATION /EQUAL PROTECTION OF LAW (14th Amend)

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include both the total deposits made to the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

## CERTIFICATION

I hereby certify that prisoner __Roderick Cooper 180136__ has been incarcerated in this institution since __August 17__, __2004__, and that he has the sum of $__0.24__ in his prison or jail trust account on this the __2nd__ day of __September__, __2005__. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | March | $65.00 | $0.22 |
| Month 2 | April | $20.00 | $1.69 |
| Month 3 | May | $50.00 | $.09 |
| Month 4 | June | $75.00 | $5.49 |
| Month 5 | July | $0.00 | $0.01 |
| Month 6 | August | $100.00 | $5.85 |
| Current month (if less than full month) | September | $0.00 | $.24 |

see attached documentation

__Martha Hawkins Acct Clerk__
Signature of Authorized Officer of Institution

__Limestone Correctional Facility__
Name of Institution

4

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
LIMESTONE CORECTIONAL FACILITY

AIS #: 180136        NAME: COOPER, RODERICK                    AS OF: 09/02/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| SEP | 28 | $0.86 | $60.00 |
| OCT | 31 | $2.14 | $50.00 |
| NOV | 30 | $6.50 | $50.00 |
| DEC | 31 | $32.15 | $220.00 |
| JAN | 31 | $42.21 | $75.00 |
| FEB | 28 | $8.50 | $80.00 |
| MAR | 31 | $0.22 | $65.00 |
| APR | 30 | $1.69 | $20.00 |
| MAY | 31 | $0.09 | $50.00 |
| JUN | 30 | $5.49 | $75.00 |
| JUL | 31 | $0.01 | $0.00 |
| AUG | 31 | $5.85 | $100.00 |
| SEP | 2 | $0.21 | $0.00 |