**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Arnold Holt, Warden
   Bullock Correctional Facility
   P. O. Box 5107
   Union Springs, AL 36089

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Letrick Johnson_   ☐ Agent  ☐ Addressee
B. Received by (Printed Name): LaShanda Johnson
C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2:05cv981 (cmp + orders 40 days)

2. Article Number (Transfer from service label): 7005 1160 0001 3017 0606

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sylvester Nettles, Captain
   Bullock Correctional Facility
   P. O. Box 5107
   Union Springs, AL 36089

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Marchy Johnson_   ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Marchy Johnson
C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2:05cv981 (cmp + orders 40 days)

2. Article Number (Transfer from service label): 7005 1160 0001 3017 0590

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540