Cooper

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kay P. Hope_  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Donal Campbell, Commissioner
   Alabama Dept. of Corrections, Legal Division
   P. O. Box 301501
   Montgomery, AL 36130-1501

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2:05cv981 (cmp + orders to Dept)

2. Article Number (Transfer from service label)
   7005 1160 0001 3017 0576

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540