IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2005 OCT 27  A 9: 27

RODERICK COOPER, #180136

    Plaintiff,

V.

                      CIVIL ACTION NO. 2:05-CV-981-T
                                 [WO]

LOUIS BOYD, et al.,

    Defendants.

# MOTION TO AMEND COMPLAINT

   Comes now, this plaintiff, RODERICK COOPER, by and through himself, without the benefit of counsel, pursuant to Rule 15 FRAP, petitioning this court for permission to amend his complaint to the above Civil case number.

1. Petitioner initially filed his 42 U.S.C. 1983, on October 1, 2005 and this Honorable Court granted informa pauperius on October 13, 2005.

2. Petitioner requests that this Honorable court would allow him to amend his brief to his originalcompalint in support of the allegations that are alleged in his complaint.

**R E L I E F   R E Q U E S T E D**

That this Honorable Court would allow the amended complaint to be caused to become part of the original complaint for consideration of the alleged issues.


I,Roderick Cooper do certify that on this the 25th day of October 2005,that this A copy of the Amended complaint has been served on the Alabama Attorney General,and same is a/said true copy.

_Roderick Cooper_ 180136