IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODERICK COOPER, #180136, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-981-T |
| ) | |
| LOUIS BOYD, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to amend complaint filed by the plaintiff on October 27, 2005 (Court Doc. No. 8), in which the plaintiff asserts additional arguments in support of his claims for relief, and for good cause, it is

ORDERED that:

1. The motion to amend be and is hereby GRANTED.

2. In filing their written report, the defendants shall address the claims presented in the complaint and amendment thereto.

The Clerk is hereby DIRECTED to furnish a copy of the motion to amend and the amendment to the complaint to the defendants, the General Counsel for the Alabama Department of Corrections and the Attorney General for the State of Alabama.

Done this 31st day of October, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE