IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODERICK COOPER, 180136,<br>DON MARTIN, #184335,<br><br>    Plaintiffs,<br><br>v.<br><br>LOUIS BOYD, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 2:05-CV-981-T |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Louis Boyd, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Louis Boyd, and I am presently employed as a Correctional Warden II, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL 36089. I am over twenty-one (21) years of age.

Inmate Cooper alleges that I questioned him about drugs being brought into the institution by local officers, who Cooper knew personally and had grown up with. Cooper also alleges that he was given a choice of either telling about who was bringing in drugs or be transferred to another prison.

I cannot say that I have not questioned this inmate, nor numerous others, concerning drug activities inside the prison. I do not recall giving this inmate an ultimatum of telling on officials or be transferred.

EXHIBIT A

If inmate Cooper follows Alabama Department of Corrections Guidelines, at his Annual Classification Review, he may ask to be considered for a transfer to another institution.

_____
Louis Boyd, Correctional Warden II
Bullock County Correctional Facility


STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the __15th__ day of __November__ 2005.

_____
NOTARY PUBLIC

My Commission Expires: __2/24/2009__.


SEAL