IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODERICK COOPER, 180136,<br>DON MARTIN, #184335,<br><br>    Plaintiffs,<br><br>v.<br><br>LOUIS BOYD, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 2:05-CV-981-T |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Sylvester Nettles, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Sylvester Nettles, and I am presently employed as a Correctional Officer Supervisor II, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL 36089. I am over twenty-one (21) years of age.

I, Capt. Sylvester Nettles, have no knowledge of any of the claims made by inmate Roderick Cooper, #180136.

                                                  /s/ Sylvester Nettles
                                                  Sylvester Nettles
                                                  Correctional Officer Supervisor II
                                                  Bullock County Correctional Facility



EXHIBIT B

Page 2

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the  15th  day of  November  2005.

_____
NOTARY PUBLIC

My Commission Expires: 2/24/2009.

SEAL