IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODERICK COOPER, 180136, <br> DON MARTIN, #184335, <br><br> Plaintiffs, <br><br> v. <br><br> LOUIS BOYD, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:05-CV-981-T <br> ) <br> ) <br> ) <br> ) |

## A F F I D A V I T

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Arnold M. Holt, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Arnold M. Holt, and I am presently employed as a Correctional Warden III, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL 36089. I am over twenty-one (21) years of age.

Inmate Cooper was transferred from here, 8-17-04, to the Limestone Correctional Facility (LCF), and he has not since then been moved. He is suing from that transfer, and he claims several wrongs were done to him relative to the transfer. He claims I, Warden III Arnold M. Holt, wanted him to identify officers who imported drugs and other contraband to Bullock Correctional Facility (BCF), but he did not, and that is why he was transferred. He claims I have put into his file this memo, "Do not return to Bullock–



Inmates too familiar with staff and administration." But, he says he wants to return to BCF.

Cooper claims officers and inmates of every prison know each other from the streets, but that familiarity has not caused the transfers of all such inmates.

Cooper claims I "targeted" him and have barred his return to the BCF "because of (his) race."

See my first attachment: the Form N 258, on which the Director of Classification, "PW," ordered Cooper's transfer, 11 August 2004, with this comment, "This can happen only if staff allows it!," thus endorsing my effort to mitigate a potential harm by requesting Cooper's removal from BCF. I saw potential harm to BCF because I believe Cooper is too familiar with our staff. The Classification Director agreed to not allow Cooper further opportunity to exploit his familiarity with the BCF Staff, and so Cooper was removed.

Cooper complains a cause for his transfer is race. Race is no cause for transfer. It was no cause for his transfer.

Cooper argues in his amended complaint "that if (I) was gonna transfer (him)... because the fact that (he) knew the officer that worked inside the institution, then (he was) discriminated against because in nearly each and every institution in the state, there are some officers, and inmates that knew each other from the streets... (but, nevertheless) at several institutions there are immediate family members that work, and (are employed there with their family members who) are housed at the same institute..."

Page 3

My answer is, though there may be employees working where acquaintances are confined, I must try to remove an acquaintance who I believe may endanger my prison's security, and to relieve that potential harm that I particularly believe exists, is the cause for such a transfer.

See my two other attachments: the Inmate Interview Record Form B of C 400, recording LCF staff business about and with Cooper, from 8-17-04 through 9-27-05; and, Cooper's Progress Review Form, dated February 25, 2005.

The Form 400 entries of 3-23-05 and 4-8-05, by Olson, report Cooper's desire to return to the BCF and the report that I oppose his return here. Deputy Warden Wise, of LCF, did not speak with me, but he did with my staff. It is true I believe Cooper should not return to BCF because I believe it is good, true information that he is too familiar with our BCF staff. My staff would have told Deputy Warden Wise that.

_____
Arnold M. Holt, Correctional Warden III
Bullock County Correctional Facility

Page 4

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the _22nd_ day of _November_ 2005.

_____
NOTARY PUBLIC

My Commission Expires: _2/21/2009_.

SEAL

# AFFIDAVIT

My name is Melissa Olson. I am presently employed as a Classification Specialist with the Alabama Dept. of Corrections, Limestone Correctional Facility, Harvest, Alabama. I am over nineteen (19) years of age.

The attached documents are true and accurate copies from the inmate Institutional File of Inmates Roderrick Cooper AIS # 180136.

Dianne Sisk, Notary
My commission expires _July 24, 2006

# ALABAMA BOARD OF CORRECTIONS
## DIVISION OF PROFESSIONAL SERVICES
## INMATE INTERVIEW RECORD

| NAME: Last | First | Middle | Serial No | Race | Sex | DOB: M/D/Y |
|---|---|---|---|---|---|---|
| COOPER | RODERRICK | | 180135 | B | M | 01/03/1977 |

**USE OF FORM:** Each interview summary should contain the following material as appropriate: topics discussed; recommendations made by counselor; decisions made by inmate; progress noted or other observations of counselor. All inmates must be advised during the initial interview of the nature and extent of confidentiality in the counseling relationship. Each entry must be dated and signed by the counselor.

**NOTE:** NO PART OF THIS RECORD IS TO BE DUPLICATED OR EXTRACTED, EITHER IN FACT OR IN SUBSTANCE, WITHOUT THE WRITTEN AUTHORIZATION OF THE INMATE NAMED ABOVE.

| DATE OF ENTRY | SUMMARY OF INTERVIEW | SIGNATURE OF COUNSELOR |
|---|---|---|
| 08/17/2004 | Received into Limestone. Escape Sheet completed. Inmate HAD ID CARD. | Ward |
| 8-19-04 | File Organized. | SJC |
| 9-9-04 | SAR - N/C | Olson |
| 3-23-05 | APR - Subject wants to go back to Bullock. Due to the nature of his transfer, W/Wise to check w/BCF Warden for ok. | Olson |
| 04-08-05 | Bullock Warden does NOT want this inmate back. Remain LCF - med. custody. | Olson |
| 9-27-05 | SAR - N/C S/O. | Olson |

B OF C 400                                           PAGE ____

```
ALABAMA DEPARTMENT OF CORRECTIONS - PROGRESS REVIEW FORM - FEBRUARY 25, 2005
                                        (CO0122)
AIS #: 00180136S   SSN: 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   RACE/SEX: B/M   DATE OF BIRTH: 01/03/1977
NAME: COOPER, RODERICK                CUSTODY: MED9   SECURITY LEVEL: 4
INST: LIMESTONE CORRECTIONAL CENTER   TIME SRVD: 11Y06M03   LAST DISC: 03-19-2003
CRME: RAPE I                          MIN REL DT: 08/23/2018   ACTIVE DET: 0

DISC: POSSESSION OF CONTRABAND        PRL CONS: 05/01/2004   EDUCAT LEV: 09
WL/PGM:   Kitchen                     PRIM OCCUP: COOK
```

RECOMMENDED INSTITUTION: ~~~~~~~~ Limestone CF   RECOMMENDED CUSTODY: Med.

JUSTIFICATION: APR: Subject serving on 25 year total term for Rape I. He and 6 co-defs surrounded victim's car. Victim was forcibly removed from the car and dragged away, by subject and four co-defs while her boyfriend was detained by the other two co-defs, who robbed him. Psych intake recommended ABE, trade, reality therapy, sexual adjustment, self-concept. He has completed reality, anger mgmt, two TA classes/courses, pers. dev., stress mgmt, domestic violence course, 12-week indecent exposure course, 6-month CB SAP. ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ He has a two year clear record. DNA: 2/2/95. Religion: Christian. DL:# Unknown   No known enemies. No known physical limitations. No change due to nature of transfer to LCF from Bullock/.

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED: 3/21/05  mko                    APP: S/L:

_Melissa Olson_ 04/08/05                          _David Wise_ 4/8/05
CLASSIFICATION SPECIALIST        DATE             WARDEN OR DESIGNEE        DATE

_[signature]_ 4/8/05                              _[signature]_ 4/8/05
PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC.    DATE        CLASSIFICATION COORDINATOR    DATE

                        CENTRAL REVIEW BOARD ACTION

___ APPROVED  ___ DENIED; DIVERTED TO _____    REASONS: _____

                                                CRB MEMBER        DATE

___ APPROVED  ___ DENIED; DIVERTED TO _____    REASONS: _____

                                                CRB MEMBER        DATE

___ APPROVED  ___ DENIED; DIVERTED TO _____    REASONS: _____

                                                CRB MEMBER        DATE

FINAL DECISION: INST  LCF   CUSTODY  MED   DATE  04/08/05
DATE INMATE INFORMED: 04/11/05   INMATE'S SIGNATURE: Forgot to obtain

Last: 3/04 APR(Bullock), med., SL IV.

ENTERED 4-12-05

14

## SOCIAL SERVICE ACTION

NAME: Roderick Cooper   AIS: 1801365   R & S: B/M

INSTITUTION: BCF   CUSTODY: Med

ACTION:   Rescind: _____

Amend: _____

Transfer: From: BCF   To: LCC

Custody: From: _____   To: _____

REASON(S): Due to lengthy quarant. + unknown duration no xfer request done. (S) is local inmate (Macon) too familiar w/ staff. security has req. xfer. This can happen only if staff allows it!

NKE

MSB (120)



AUG 2004
LIMESTONE
Classification
Received

DATE: 11 Aug 04   APPROVED: [signature]

N 258