IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODERICK COOPER, #180136, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-981-T |
| ) | |
| LOUIS BOYD, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon review of the document filed in this case on November 22, 2005 (Court Doc. No 12), and for good cause, it is

ORDERED that:

1. Those directives of the order entered on October 18, 2005 (Court Doc. No. 4) which require correctional officials to make payments to this court from the plaintiff's prison account be and are hereby VACATED.

2. No funds be taken from the plaintiff's prison account for payment of the filing fee in this case.

The Clerk is DIRECTED to provide a copy of this order to the inmate account clerk at the Limestone Correctional Facility.

Done this 29th day of November, 2005.

          /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE