IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RODERICK COOPER, #180136, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-981-T |
| | ) | |
| LOUIS BOYD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

It is ORDERED that the plaintiff's objection to order (Doc. No. 12) is overruled as the objection is untimely, see Fed.R.Civ.P. 72(a), and the order is neither clearly erroneous nor contrary to law.

It is further ORDERED that this cause be referred back to the United States Magistrate Judge for further appropriate proceedings.

Done this 6th day of December, 2005.

       /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE