IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RODERICK COOPER, #180136, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:05cv981-T |
| | ) | (WO) |
| LOUIS BOYD, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION**

This litigation is now before the court on the Recommendation of the United States Magistrate Judge entered on November 29, 2005, (Doc. # 14), that the Plaintiff's motion to dismiss be granted and that this case be dismissed without prejudice.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

Done this the 19th day of December, 2005.

          /s/ Myron H. Thompson     
UNITED STATES DISTRICT JUDGE