IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODERICK COOPER, #180136, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv981-T |
| | )                (WO) |
| LOUIS BOYD, *et al*, | ) |
| | ) |
|     Defendants. | ) |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The Recommendation of the United States Magistrate Judge entered on November 29, 2005 (Doc. # 14), be and is hereby ADOPTED.

(2) The Plaintiff's motion to dismiss be and is hereby GRANTED.

(3) This case be and is hereby DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 19th day of December, 2005.

                                             /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE