IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RODERICK COOPER, #180136,        )
                                 )
        Plaintiff,               )
                                 )
v.                               )    CIVIL ACTION NO.  2:05cv981-T
                                 )                (WO)
LOUIS BOYD, *et al*,             )
                                 )
        Defendants.              )

## ORDER

After careful consideration, it is ORDERED that plaintiff's motion for reconsideration (Doc. No. 19) is denied.

Done this the 21st day of December, 2005.


                    _____/s/ Myron H. Thompson_____
                    UNITED STATES DISTRICT JUDGE